**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

                                               Criminal No. 23-87 (JRT/ECW)

            Plaintiff,

v.                                                  **ORDER**

DEUNDRICK DAMON MCINTOSH,

            Defendant.

Defendant Deundrick Damon McIntosh pled guilty to one count of being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8). (Plea Agreement, Nov. 13, 2023, Docket No. 60.) In April 2024, he was sentenced to a 120-month term of imprisonment, to be followed by three years of supervised release. (Sentencing J., Apr. 5, 2024, Docket No. 82.) On March 31, 2025, Defendant filed a Pro Se Motion to Vacate Sentence under 28 U.S.C. § 2255. (Docket No. 87.) The Government responded on September 3, 2025. (Docket No. 98.) Defendant now requests a 90-day extension of time to file a reply to the Government's response. (Feb. 2, 2026, Docket No. 100.) The Court will grant the request.

-2-

**ORDER**

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS**

**HEREBY ORDERED** that Defendant's Pro Se Motion for Extension of Time (Docket No.

[100]) is **GRANTED**.  Accordingly, Defendant's reply is due on May 4, 2026.


DATED:  February 3, 2026                    _____/s/ John R. Tunheim_____
at Minneapolis, Minnesota.                       JOHN R. TUNHEIM
                                             United States District Judge