**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

DEUNDRICK DAMON MCINTOSH,

Defendant.

Criminal No. 23-87 (JRT/ECW)

**ORDER**

---

Defendant Deundrick Damon McIntosh pled guilty to one count of being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).  (Plea Agreement, Nov. 13, 2023, Docket No. 60.)  In April 2024, he was sentenced to a 120-month term of imprisonment, to be followed by three years of supervised release. (Sentencing J., Apr. 5, 2024, Docket No. 82.)  On March 31, 2025, Defendant filed a Pro Se Motion to Vacate Sentence under 28 U.S.C. § 2255.  (Docket No. 87.)  The Government responded on September 3, 2025.  (Docket No. 98.)  Defendant requested a 90-day extension of time to file a reply to the Government's response, (Docket No. 100), and the Court granted Defendant's request, (Docket No. 101).

Defendant now requests another 90-day extension of time to file a reply to the Government's response.  (Docket Nos. 103, 104.)  The Court will grant Defendant's

request in part and grant Defendant an additional 15 days to file a reply (Docket No. 103). The Court will deny Defendant's second request, Docket No. 104, as duplicative. Defendant is advised that he will not be granted further extensions of time to file a reply.

### ORDER

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant's Pro Se Motion for Extension of Time (Docket No. [103]) is **GRANTED IN PART**. Defendant's additional Motion for Extension of Time (Docket No. [104]) is **DENIED as duplicative**. Defendant's reply is due on **June 11, 2026**.

DATED: May 27, 2026                              _____/s/ John R. Tunheim_____
at Minneapolis, Minnesota.                          JOHN R. TUNHEIM
                                                 United States District Judge